JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR06-5528FDB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| vs. | ) | MOTION TO CONTINUE DUE DATE |
| | ) | FOR PRE-TRIAL MOTIONS AND |
| ALEX M. BLUM, | ) | TRIAL  DATE |
| CHAD W. PALMER, | ) | |
| TIGRA JA ROBERTSON | ) | |
| | ) | |
| Defendants. | | |

Based on the stipulated motion of Defendants Chad W. Palmer and Alex M. Blum to continue the trial date, Defendant Tigra Robertsons joinder in motion, and for the reasons set forth in the affidavit of defense counsel in support of the motion, which are hereby incorporated by reference and adopted as findings of the Court, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(I).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1 within the time limits established by the Speedy Trial Act and currently set for this case.

2 18 U.S.C. § 3161(h)(8)(B(ii).

3     4.  Taking into account the exercise of due diligence, a continuance is necessary

4 to allow the defendant the reasonable time for effective preparation his defense.  18

5 U.S.C. § 3161(h)(8)(B)(iv).

6     NOW, THEREFORE,

7     IT IS HEREBY ORDERED that the trial date is continued from October 23, 2006

8 to January 29, 2007, at 9:00 a.m. The resulting period of delay from October 23, 2006,

9 up to and including the new trial date of January 29, 2007, is hereby excluded for speedy

10 trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

11     Pre-trial motions are due no later than November 13, 2006.

12     The Pretrial Conference shall be on January 18, 2007, at 2:00 p.m.

13     DONE this 17th day of October, 2006.

JUDGE FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/  
 Jeffrey P. Robinson and  
Amanda Lee  
Attorneys for Alex M. Blum

/s/  
Mike Dion  
Assistant United States Attorney

/s/  
Colin Fieman  
Attorney for Chad W. Palmer

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE      2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710