|||
|---|---|
| | Judge Franklin D. Burgess |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR06-5528FDB |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | GRANTING STIPULATED |
| v. | ) | MOTION TO CONTINUE |
| | ) | PRETRIAL MOTIONS |
| ALEX M. BLUM, et al, | ) | DEADLINE |
| | ) | |
| Defendants. | ) | |

Upon the stipulation of the parties to continue the pretrial motions deadline in the above-captioned case, and based upon the facts set forth in the parties' motion, the Court finds that such a continuance is appropriate and

//
//
//
//
//
//
//
//
//
//

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S. v. Blum, et al/CR06-5528FDB - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  IT IS HEREBY ORDERED that the pretrial motions deadline be continued to November
2  27, 2006.
3        DATED this 15th day of November, 2006.

                              HON. FRANKLIN D. BURGESS
                              United States District Judge

Presented by:

s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

s/ Amanda Lee  (per telephonic Auth.)
AMANDA LEE
Attorney for Alex M. Blum

s/ Colin Fieman (per telephonic Auth.)
COLIN FIEMAN
Attorney for Chad W. Palmer

s/ Michael E. Schwartz (per telephonic Auth.)
MICHAEL E. SCHWARTZ
Attorney for Tigra Robertson

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S. v. Blum, et al/CR06-5528FDB - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800